# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Dooley, Kari A. | **2. Court or Organization**<br><br>District of Connecticut | **3. Date of Report**<br><br>05/10/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>915 Lafayette Boulevard<br>Courtroom 4 - Annex<br>Bridgeport, Connecticut 06604 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/09/04 | State of Connecticut Pension Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council - CTA2 | 11/1/19 - 11/3/19 | New Paltz, New York | Fall Retreat - CLE Moderator | meals and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dooley, Kari A.** | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Abbott Labs Stock | A | Dividend | K | T | | | | | |
| 2. Abbvie Stock | A | Dividend | K | T | | | | | |
| 3. Alphabet Class C | | None | L | T | | | | | |
| 4. Alphabet Class A | | None | L | T | | | | | |
| 5. Altria Group Stock | A | Dividend | J | T | | | | | |
| 6. Americaan Airline Stock | A | Dividend | K | T | | | | | |
| 7. Amgen Stock | B | Dividend | K | T | | | | | |
| 8. Americn Electrical Power Stock | A | Dividend | K | T | | | | | |
| 9. Apache Stock | A | Dividend | | | Sold | 12/19/19 | J | | |
| 10. Apple Stock | A | Dividend | L | T | | | | | |
| 11. AT&T stock | C | Dividend | L | T | | | | | |
| 12. Baxter International Stock | A | Dividend | K | T | | | | | |
| 13. Boeing Stock | B | Dividend | L | T | | | | | |
| 14. Caterpillar Stock | A | Dividend | K | T | | | | | |
| 15. ViacomCBS Stock | A | Dividend | J | T | | | | | |
| 16. Centerpoint Energy Stock | A | Dividend | J | T | | | | | |
| 17. Chemours Stock (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Cisco Systems Stock | B | Dividend | K | T | | | | | |
| 19. Coca Cola Stok | A | Dividend | K | T | | | | | |
| 20. Comcast Stock | A | Dividend | K | T | | | | | |
| 21. Conaga Stock | A | Dividend | J | T | | | | | |
| 22. ConocoPhillips Stock | A | Dividend | K | T | | | | | |
| 23. Corteva | A | Dividend | J | T | Buy | 06/01/19 | J | | |
| 24. Cummins, Inc. Stock | A | Dividend | K | T | | | | | |
| 25. Diageo Stock | A | Dividend | K | T | | | | | |
| 26. Diamondrock Hospitality Stock | A | Dividend | | | Sold | 12/19/19 | J | | |
| 27. DowDupont Stock (Y) | | | | | | | | | |
| 28. Dow | A | Dividend | K | T | Spinoff<br>(from line 27) | 04/04/19 | K | | |
| 29. Dupont | A | Dividend | K | T | Spinoff<br>(from line 27) | 04/04/19 | K | | |
| 30. DXC Technology Stock | A | Dividend | | | Sold | 12/19/19 | J | | |
| 31. Eli Lilly Stock | A | Dividend | K | T | | | | | |
| 32. Exelon Stock | A | Dividend | K | T | | | | | |
| 33. Exxon Mobil Stock | B | Dividend | K | T | | | | | |
| 34. Facebook Stock | | None | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dooley, Kari A. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. G. Willi Food Stock | | None | K | T | | | | | |
| 36. General Dynamics Stock | A | Dividend | K | T | | | | | |
| 37. Gilead Stock | A | Dividend | J | T | | | | | |
| 38. Hewlett Pckard Stock | A | Dividend | J | T | | | | | |
| 39. Home Depot | B | Dividend | L | T | | | | | |
| 40. HP Inc. Stock | A | Dividend | J | T | | | | | |
| 41. Intel Stock | A | Dividend | K | T | | | | | |
| 42. IBM Stock | B | Dividend | K | T | | | | | |
| 43. Russell 2000 I shares | B | Distribution | M | T | | | | | |
| 44. Johnson & Johnson Stock | B | Dividend | L | T | | | | | |
| 45. JP Morgan Chase Stock | B | Dividend | L | T | | | | | |
| 46. Kraft Heinz Stock | A | Dividend | J | T | | | | | |
| 47. Lamb Weston Stock | A | Dividend | J | T | | | | | |
| 48. Lockheed Martin Stock | A | Dividend | K | T | | | | | |
| 49. Lowes Stock | A | Dividend | K | T | | | | | |
| 50. LyondellBassell | A | Dividend | K | T | Buy | 09/25/19 | K | | |
| 51. Manulife Financial Stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dooley, Kari A.** | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  McDonalds Stock | B | Dividend | L | T | | | | | |
| 53.  Merck | A | Dividend | K | T | | | | | |
| 54.  Microsoft Stock | A | Dividend | L | T | | | | | |
| 55.  Mondelez Interntional Stock | A | Dividend | J | T | | | | | |
| 56.  Motorola Stock | A | Dividend | J | T | | | | | |
| 57.  National Grid ADRs | A | Dividend | J | T | | | | | |
| 58.  Norfolk Southern Stock | A | Dividend | K | T | | | | | |
| 59.  Occidental Petroleum Stock | A | Dividend | J | T | | | | | |
| 60.  Peoples United Financial Stock | B | Dividend | K | T | | | | | |
| 61.  Pfizer Stock | B | Dividend | K | T | | | | | |
| 62.  Philip Morris International Stock | B | Dividend | K | T | | | | | |
| 63.  Phillips 66 Stock | A | Dividend | K | T | | | | | |
| 64.  PPL Corp Stock | A | Dividend | K | T | | | | | |
| 65.  Proctor and Gamble Stock | B | Dividend | K | T | | | | | |
| 66.  Prudential | B | Dividend | K | T | Buy | 04/05/19 | K | | |
| 67. | | | | | Buy<br>(add'l) | 08/02/19 | K | | |
| 68.  Qualcomm Stock | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Raytheon Stock | A | Dividend | K | T | | | | | |
| 70. Rockwell Automation Stock | A | Dividend | K | T | | | | | |
| 71. Royal Dutch Shell ADRs | B | Dividend | K | T | | | | | |
| 72. Dominion Energy (purchaser of Scana Corp) (X) | A | Dividend | K | T | | | | | |
| 73. Senior HSG PPTYS TRSB1 Stock | B | Dividend | | | Sold | 12/19/19 | J | | |
| 74. S & P 500 ETF | C | Distribution | M | T | | | | | |
| 75. Total S.A. Stock | A | Dividend | K | T | | | | | |
| 76. Travelers Stock | A | Dividend | K | T | | | | | |
| 77. United Technologies Stock | A | Dividend | J | T | | | | | |
| 78. US Bancorp Stock | A | Dividend | K | T | | | | | |
| 79. Valero Energy Stock | A | Dividend | K | T | | | | | |
| 80. Verizon Stock | B | Dividend | L | T | | | | | |
| 81. Walmart Stock | B | Dividend | L | T | | | | | |
| 82. Wells Fargo Stock | A | Dividend | K | T | | | | | |
| 83. American Century Growth Fund | E | Distribution | M | T | | | | | |
| 84. American Century Select Fund | D | Distribution | M | T | | | | | |
| 85. American Century Heritage Fund | E | Distribution | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. American Century Intermediate-Term Tax Free Bond Fund | C | Dividend | M | T | | | | | |
| 87. Janus Henderson Forty Fund | E | Distribution | N | T | | | | | |
| 88. Janus Henderson Research Fund | D | Distribution | M | T | | | | | |
| 89. Jnus Henderson Overseas Fund | A | Distribution | L | T | | | | | |
| 90. MFS Value R4 Fund | B | Distribution | M | T | | | | | |
| 91. Northern Mid Cap Index Fund | E | Distribution | N | T | | | | | |
| 92. Northern Small Cap Index Fund | D | Distribution | M | T | | | | | |
| 93. Wells Fargo Adv DJ Target 2025 Fund | D | Distribution | L | T | | | | | |
| 94. William Blair International Growth Fund | D | Distribution | L | T | | | | | |
| 95. Allianz Global Small Cap Fund | C | Distribution | K | T | | | | | |
| 96. MFS Global Fund | A | Distribution | K | T | | | | | |
| 97. Ford (1/15/21) Bond | B | Interest | K | T | | | | | |
| 98. Goldman Sachs (1/24/22) Bond | B | Interest | K | T | | | | | |
| 99. Viacom (2/4/22) Bond | A | Interest | K | T | | | | | |
| 100. ConocoPhillips (11/15/24) Bond | A | Interest | K | T | | | | | |
| 101. Energy Transfer Partners (1/15/26) Bond | A | Interest | K | T | | | | | |
| 102. Ingersoll Rnd (2/15/30) Bond | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Tosco Corp (2/15/30) Bond | B | Interest | K | T | | | | | |
| 104.  Aegon Preferred Stock | A | Dividend | J | T | | | | | |
| 105.  Puerto Rico Bldg Auth (7/1/17) Bond | B | Interest | J | T | | | | | |
| 106.  Meriden CT Municipal (8/1/19) Bond | A | Interest | | | Matured | 08/01/19 | L | | |
| 107.  CT HEF (7/1/20) Bond | B | Interest | K | T | | | | | |
| 108.  Puerto Rico Elec. Pwr Auth (7/1/20) Bond | A | Interest | J | T | | | | | |
| 109.  Torrance, CA School District (8/1/20) Bond | B | Interest | K | T | | | | | |
| 110.  Hartford CT Municipal (8/15/21) Bond | A | Interest | J | T | | | | | |
| 111.  El Dorado CA Sch Dist. (12/1/21) Bond | | None | K | T | | | | | |
| 112.  Philadelphia PA Sch. Dist. (9/1/22) Bond | A | Interest | J | T | | | | | |
| 113.  PA ST Sch Bldg Auth (6/1/23) Bond | B | Interest | K | T | | | | | |
| 114.  CT ST Series E (8/15/23) Bond | B | Interest | K | T | | | | | |
| 115.  New Haven CT Municipal (3/1/24) Bond | B | Interest | | | Redeemed | 03/01/19 | K | A | |
| 116.  Miami Dade Spl Oblig (10/1/28) Bond | A | Interest | J | T | | | | | |
| 117.  CT St Series G (10/15/27) Bond | A | Interest | K | T | | | | | |
| 118.  MD ST Series A ST & Loc (8/1/28) Bond | A | Interest | K | T | | | | | |
| 119.  CT ST Spl Tax Oblig (10/1/28) Bond | B | Interest | K | T | | | | | |

| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | B | | | C | | | D | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | Income during reporting period | | | Gross value at end of reporting period | | | Transactions during reporting period | | | |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | CT ST HEF (7/1/29) Bond | A | Interest | | K | T | | | | | | |
| 121. | CT ST Spl Tax Oblig (10/1/30) Bond | A | Interest | | K | T | | | | | | |
| 122. | Loomis Sayles Bond Fund | A | Distribution | | J | T | | | | | | |
| 123. | Eaton Vance Floating Rate Fund | A | Dividend | | K | T | | | | | | |
| 124. | Vanguard European Stock Index Fund UTMA | A | Distribution | | J | T | | | | | | |
| 125. | Vangurd Total Stock Market Index Fund - UTMA | A | Distribution | | K | T | | | | | | |
| 126. | CT Higher Educ. Trust (529 Plans) - age based option | | None | | N | T | | | | | | |
| 127. | Merrill Lynch CMA - cash accounts | B | Interest | | N | T | | | | | | |
| 128. | CT 457 Deferred Compensation Plan "BOLD" Option | E | Distribution | | N | T | | | | | | |
| 129. | Bank of China CD | B | Interest | | | | | Matured | 01/18/19 | M | | |
| 130. | Citizens Bank CD | B | Interest | | | | | Matured | 02/22/19 | M | | |
| 131. | M1 Bank CD | B | Interest | | | | | Matured | 04/05/19 | M | | |
| 132. | Bank of India CD | C | Interest | | | | | Matured | 06/19/19 | M | | |
| 133. | 26 Week US Treasury Bill | B | Interest | | | | | Matured | 06/13/19 | L | | |
| 134. | 26 Week US Treasure Bill | B | Interest | | | | | Buy | 06/13/19 | L | | |
| 135. | | | | | | | | Matured | 12/12/19 | L | | |
| 136. | 26 Week Treasury Bill | | None | | L | T | | Buy | 11/07/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. 26 Week Treasury Bill | | None | L | T | Buy | 12/12/19 | L | | |
| 138. US Series I Bonds | | None | L | T | Buy (add'l) | 05/02/19 | J | | |
| 139. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 140. City National Bank of FLA CD | B | Interest | | | Buy | 03/29/19 | M | | |
| 141. | | | | | Matured | 10/07/19 | M | | |
| 142. Beal Bank USA CD | B | Interest | | | Buy | 01/22/19 | M | | |
| 143. | | | | | Matured | 10/02/19 | M | | |
| 144. BNY Mellon CRA (cash) | A | Interest | J | T | | | | | |
| 145. BNY Mellon Intermediate Bond Fund | A | Distribution | J | T | | | | | |
| 146. BNY Mellon Bond Fund | A | Distribution | J | T | | | | | |
| 147. BNY Mellon Yield Enhncement Strategy Fund (X) | A | Distribution | J | T | | | | | |
| 148. BNY Mellon Income Stock Fund | A | Distribution | J | T | | | | | |
| 149. BNY Mellon Tax Sensitive Large Cap Multi-Strategy | A | Distribution | K | T | | | | | |
| 150. BNY Mellon Mid Cap Multi-strategy Fund | A | Distribution | J | T | | | | | |
| 151. BNY Mellon Smll/Mid Cap Fund | A | Distribution | K | T | | | | | |
| 152. BNY Mellon Diversified International Fund (X) | A | Distribution | K | T | | | | | |
| 153. Dreyfus International Small Cap Fund | A | Distribution | | | Sold | 08/15/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dooley, Kari A. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BNY Mellon Alternative Diversifier Strategies Fund (X) | A | Distribution | K | T | | | | | |
| 155. Chemical Bank CD | | None | M | T | Buy | 07/12/19 | M | | |
| 156. Safra National Bank CD | | None | M | T | Buy | 08/14/19 | M | | |
| 157. Bank of India CD | | None | M | T | Buy | 10/08/19 | M | | |
| 158. BB&T Bank CD | | None | M | T | Buy | 11/07/19 | M | | |
| 159. Northwestrn Mutual Whole Life Ins. Policy | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset entry 17  no longer meets the reporting requirements.

Asset entry 27, DowDupont broke apart to three separate enities, now appearing at Entries 23, 28 and 29..

Asset entry 72 Dominion Energy was acquired when it bought Scana Corporation. There was no transaction on my part and the software did not account for type of acquisition.

Asset entry 147. This fund was simply  rebranded from Dreyfus Yield Enhancement Fund to BNY Mellon Yield Enhancement Fund.

Asset entry 152: This fund was also rebranded from Dreyfus Diversified International Fund to BNY Mellon Diversified International Fund.

Asset entry 154: This fund was also rebranded from Dreyfus/BNY Mellon Diversifier Strategies Fund to BNY Mellon Altrnative Diversified Strategies Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kari A. Dooley**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544